**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Clucas, Mark G.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Clucas, Ruth A.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-5662** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-6937** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**955 East State Street, Lot F**<br>**Sycamore, IL 60178** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**955 East State Street, Lot F**<br>**Sycamore, IL 60178** |
| County of Residence or of the<br>Principal Place of Business:  **De Kalb** | County of Residence or of the<br>Principal Place of Business:  **De Kalb** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☐ Chapter 11 | ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | | | |
| ☐ Other_____ | ☐ Clearing Bank | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under
11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.)
Must attach signed application for the court's consideration
certifying that the debtor is unable to pay fee except in installments.
Rule 1006(b). See Official Form No. 3.
**\*\*\* Jeffrey M. Krasner 01524909 \*\*\***

**Statistical/Administrative Information** (Estimates only)                                 THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there
will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/03)     10/13/05 4:52PM     **FORM B1**, Page 2

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Clucas, Mark G.**
**Clucas, Ruth A.**

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Mark G. Clucas**
Signature of Debtor **Mark G. Clucas**

X    **/s/ Ruth A. Clucas**
Signature of Joint Debtor **Ruth A. Clucas**

Telephone Number (If not represented by attorney)

**October 13, 2005**
Date

**Signature of Attorney**

X    **/s/ Jeffrey M. Krasner**
Signature of Attorney for Debtor(s)
**Jeffrey M. Krasner 01524909**
Printed Name of Attorney for Debtor(s)
**Krasner Law Office**
Firm Name
**407 West State Street**
**Suite 4**
**Sycamore, IL 60178-1455**
Address    **Email: JKrasner@abanet.org**
**815.899.8436 Fax: 815.895.1700**
Telephone Number
**October 13, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    **/s/ Jeffrey M. Krasner**      **October 13, 2005**
Signature of Attorney for Debtor(s)    Date
**Jeffrey M. Krasner**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

| | | |
|---|---|---|
| JEFFREY M. KRASNER<br>KRASNER LAW OFFICE<br>407 WEST STATE STREET<br>SUITE 4<br>SYCAMORE, IL 60178-1455 | FINGERHUT CREDIT<br>Acct No 80501019549<br>PO BOX 3335<br>SAINT CLOUD MN 56372 | WFNNB/CHARMING SHOPPES<br>Acct No 5856370560075005<br>4590 E BROAD ST<br>COLUMBUS OH 43213 |
| MARK G. CLUCAS<br>RUTH A. CLUCAS<br>955 EAST STATE STREET, LOT F<br>SYCAMORE IL 60178 | I C SYSTEM<br>Acct No 4238795110<br>PO BOX 64378<br>SAINT PAUL MN 55164 | STAWIARSKI & ASSOC., P.C.<br>6560 GREENWOOD PLAZA BLVD<br>SUITE 350<br>ENGLEWOOD CO 80111 |
| AURORA LOAN SERVICES<br>P. O. BOX 1706<br>SCOTTSBLUFF NE 69363-1706 | ISLNATLGP<br>Acct No 805ING01019549360<br>6851 JERICHO TURNP SUITE 180<br>SYOSSET NY 11791 | |
| CHASE AUTO FINANCE<br>Acct No 00528500095777<br>P. O. BOX 901008<br>FORT WORTH TX 76101-2008 | JEFFERSON CAPITAL SYST<br>Acct No 135292943<br>16 MCLELAND RD<br>SAINT CLOUD MN 56303 | |
| ARMOR SYSTEMS CO<br>Acct No 1001254007<br>2322 N GREENBAY RD<br>WAUKEGAN IL 60087 | NATIONAL BANK & TRUST<br>Acct No 00000000500090796<br>230 W STATE ST<br>SYCAMORE IL 60178 | |
| ASSOCIATES<br>Acct No 21214040461305<br>4428 E NEW YORK ST<br>AURORA IL 60504 | NICOR GAS<br>Acct No 51901884390<br>1844 FERRY ROAD<br>NAPERVILLE IL 60563 | |
| AURORA LOAN<br>Acct No 3640103751723<br>POB 1706<br>SCOTTSBLUFF NE 69363 | PELLETTIERI<br>Acct No 1984014<br>991 OAK CREEK DR<br>LOMBARD IL 60148 | |
| CHASE<br>Acct No 528500095777<br>PO BOX 901008<br>FORT WORTH TX 76101 | PEOPLES CREDIT, INC<br>Acct No 537701<br>115 E SOUTH ST<br>PLANO IL 60545 | |
| CITIZENS FIN<br>Acct No 5265001<br>6345 NORTH SECOND<br>LOVES PARK IL 61132 | PROFESSIONAL COLLECTION SERV<br>Acct No 53530061712<br>103 N CHICAGO POB 76<br>FREEPORT IL 61032 | |
| CRD PRT ASSO<br>Acct No 546763544<br>13355 NOEL ROAD#<br>DALLAS TX 75240 | PROVIDIAN FINANCIAL<br>Acct No 2700783793<br>PO BOX 9180<br>PLEASANTON CA 94566 | |