# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  MARK G. CLUCAS & RUTH A. CLUCAS                                Case Number: 05-76619
955 EAST STATE STREET, LOT F                SSN-xxx-xx-5662 & xxx-xx-6937
SYCAMORE, IL  60178

|  |  |
|---|---|
| Case filed on: | 10/13/2005 |
| Plan Confirmed on: | 5/15/2006 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $13,954.00                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY JEFFREY M KRASNER | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | MARK G. CLUCAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | AURORA LOAN SERVICES | 54,473.78 | 5,000.00 | 3,645.10 | 148.31 |
| 002 | JP MORGAN CHASE BANK | 9,098.63 | 8,375.00 | 5,802.04 | 1,338.43 |
|  | Total Secured | 63,572.41 | 13,375.00 | 9,447.14 | 1,486.74 |
|  |  |  |  |  |  |
| 001 | AURORA LOAN SERVICES | 0.00 | 10,884.23 | 0.00 | 0.00 |
| 002 | JP MORGAN CHASE BANK | 0.00 | 159.20 | 0.00 | 0.00 |
| 003 | ARMOR SYSTEMS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ARMOR SYSTEMS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BEN GORDON CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CRD PRT ASSO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DR. TODD ANDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FINGERHUT CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | I C SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ISLNATLGP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | JEFFERSON CAPITAL SYST | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PROFESSIONAL COLLECTION SERVICE | 159.77 | 35.15 | 0.00 | 0.00 |
| 015 | SYCAMORE AUTO CENTER, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | THE CASH STORE, #311 | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | TODD ANDERSON DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,028.81 | 226.34 | 0.00 | 0.00 |
| 019 | CALCARS | 446.70 | 98.27 | 0.00 | 0.00 |
|  | Total Unsecured | 1,635.28 | 11,403.19 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 67,407.69 | 26,978.19 | 11,647.14 | 1,486.74 |

| | |
|---|---|
| Total Paid Claimant: | $13,133.88 |
| Trustee Allowance: | $820.12 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_ /s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                    By _/s/Heather M. Fagan___